IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN,<br><br>   Plaintiff,<br><br> v.<br><br>CHATHAM PITTSBURGH HP LEASECO, LLC,<br><br>   Defendant. | Case No. 2:23-cv-00725-WSS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley Mullen, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Chatham Pittsburgh HP Leaseco, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: October 30, 2023    Respectfully submitted,

                */s/ R. Bruce Carlson*
                R. Bruce Carlson
                **CARLSON BROWN**
                222 Broad St.
                PO Box 242
                Sewickley, PA 15143
                bcarlson@carlsonbrownlaw.com
                (724) 730-1753

                *Attorney for Plaintiff*