UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHATHAM PITTSBURGH HP LEASECO, LLC,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00725-WSS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bartley Mullen and Defendant Chatham Pittsburgh HP Leaseco, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: December 12, 2023 | Respectfully submitted, |
| */s/ R. Bruce Carlson* | */s/ Asra Hashmi* |
| R. Bruce Carlson | Asra Hashmi |
| **CARLSON BROWN** | asra.hashmi@ogletree.com |
| 222 Broad Street | **OGLETREE, DEAKINS, NASH,** |
| P.O. Box 242 | **SMOAK & STEWART, P.C.** |
| Sewickley, PA 15143 | One PPG Place, Suite 1900 |
| bcarlson@carlsonbrownlaw.com | Pittsburgh, PA 15222 |
| T: 724-730-1753 | (412) 230-8963 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |